## George K. Barrett, W. C. Anderson and Welton H. Flinn v. Queen City Cycle Co.

Appeal from the Circuit Court of Cook County.

Affirmed, because upon the facts appearing there was no abuse of discretion by the trial court in refusing to vacate the judgment rendered by default for want of plea.

HAHN, HORN & DOCKERY, attorneys for appellants.

HAMLINE, SCOTT & LORD, attorneys for appellee.